# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON
## DIVISION ONE

UNION BANK, N.A., as successor-in-interest to the FDIC as Receiver for Frontier Bank,

        Appellant,

v.

RAYMOND E. PELZEL, an individual, and the marital community of RAYMOND E. and MERILEE PELZEL; PELZEL DEVELOPMENT, INC., a Washington corporation; KAREL A. PELTRAM, an individual, and the marital community of KAREL A. and AMY M. PELTRAM; KAREL Z. PELTRAM, an individual, and the marital community of KAREL Z. and LIBUSE PELTRAM; RANDY L. CAMPADORE, an individual; and CROSSMARK CAPITAL LLC, a Washington limited liability company,

        Respondents.

No. 70869-4-I

COURT OF APPEALS DIV I STATE OF WASHINGTON
FILED
2015 APR 13 AM 9: 19

UNPUBLISHED OPINION

FILED: April 13, 2015

PER CURIAM — Following the Washington Supreme Court's decision in Washington Federal v. Harvey, ___ Wn.2d ___, 340 P.3d 846, 2015 WL 114165 (2015), the parties in this appeal filed a stipulation to the reversal of "the Superior Court's orders granting the defendant guarantors summary judgment and their attorneys' fees and the judgment resulting from those orders." The parties also

No. 70869-4-I/2

stipulate that the trial court on remand shall determine the amount of any award for attorney fees and costs incurred in the appellate proceedings.

We accept the parties' concession, reverse, and remand for further proceedings.

FOR THE COURT:

_____

Becker, J.

Leach, J.

2